**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 8/22/2023 __
```

**T.H., et al.,**

                                    **Plaintiffs,**                            **23-CV-02154 (JPO)(SN)**

            **-against-**                                                      **ORDER**

**THE ARCHDIOCESE OF NEW YORK, et al.,**

                                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties were to file a joint status letter no later than August 14, 2023. See ECF No.

19. To date, no such letter has been filed. The parties are again directed to file a joint status letter

no later than August 24, 2023.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        August 22, 2023
              New York, New York