**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
T.H., *et al.*,

              Plaintiff,

-against-                                      23 **CIVIL** 2154 (JPO)

**JUDGMENT**

THE ARCHDIOCESE OF NEW YORK,
*et al.*,

              Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2025, Defendants' motion for summary judgment is GRANTED. Judgment of dismissal is entered; accordingly, the case is closed.

**Dated:** New York, New York

      February 3, 2025

                                                            **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                            **BY:**        *K. Mango*

                                                             **Deputy Clerk**